IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02657-WYD-KLM

HOMER K. WARNER,
BETTY S. WARNER, and
COREY WARNER,

      Plaintiffs,

v.

CITIMORTGAGE, INC., Div. of City Group, Inc.,

      Defendant.

_____

## MINUTE ORDER

_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

      This matter is before the Court on a phone call by counsel for Plaintiffs.  Counsel for Plaintiffs represented to the Court that he had conferred with opposing counsel.

      IT IS HEREBY **ORDERED** that the Scheduling Conference set for February 23, 2012, is **VACATED** and **RESET** to **April 4, 2012**, at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures on or before **March 29, 2012**.  All other provisions of the Order Setting Scheduling/Planning Conference issued January 4, 2012 [#15] remain in effect.

      Dated:  February 21, 2012