IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02657-WYD-KLM

HOMER K. WARNER;
BETTY S. WARNER; and
COREY WARNER,

      Plaintiffs,

v.

CITIMORTGAGE, INC.,

      Defendant.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiffs' Motion for Extension of Time to

File Notice of Appeal, filed May 7, 2012 [ECF No. 23].  Final Judgment entered in this

case on March 14, 2012, and pursuant to Fed. R. App. P. 4(a)(1)(A), Plaintiffs had until

April 13, 2012, to file their Notice of Appeal.  The district court may grant an extension of

time for the filing of a Notice of Appeal under Rule 5(A) if the request for extension is

made no later than thirty days after the time prescribed by Rule 4(a) expires, and where

a party demonstrates good cause or excusable neglect.  Here, the request for extension

was made within thirty days after the time for filing the Notice of Appeal expired.

In the instant motion, Plaintiffs state that their counsel, who is a solo practitioner,

became extremely ill requiring surgery and did not work for a period of approximately 3-

4 weeks.  I note that there is no information in the motion as to the date of Plaintiffs'

counsel's surgery and recovery.  However, under these circumstances I will find that

Plaintiffs have established good cause for an extension of time.

     Therefore, it is hereby

     ORDERED that Plaintiffs' Motion for Extension of Time to File Notice of Appeal,

filed May 7, 2012 [ECF No. 23] is **GRANTED** and the Notice of Appeal filed May 7,

2012, shall be deemed timely.

     Dated:  May 10, 2012

                    BY THE COURT:


                    s/ Wiley Y. Daniel_____
                    Wiley Y. Daniel
                    Chief United States District Judge